# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA JEAN MAYFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:16-cv-01084-SAB<br><br>ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER<br><br>(ECF No. 12) |

On March 20, 2017, Plaintiff filed a stipulation requesting an extension of time to file her opening brief.  (ECF No. 12.)  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that scheduling order is modified as follows:

1. Plaintiff's opening brief shall be filed on or before **April 19, 2017**;

2. Defendant's responsive brief shall be filed on or before **May 19, 2017;** and

3. Plaintiff's reply, if any, shall be filed on or before **June 5, 2017**

IT IS SO ORDERED.

Dated:  **March 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1