# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DONNA JEAN MAYFIELD, | Case No.: 1:16-cv-01084-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before June 19, 2017; and

2. Plaintiff's reply, if any, shall be filed on or before July 5, 2017.

IT IS SO ORDERED.

Dated: **May 17, 2017**

UNITED STATES MAGISTRATE JUDGE