# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA JEAN MAYFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-01084-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 20) |

Pursuant to the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2412, fees in the amount of four thousand dollars and no cents ($4,000.00) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **November 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1